IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER NYAMU,**<br>     **Plaintiff,**<br><br>          v.<br><br>**MERCK & CO.,**<br>     **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-4788** |

# O R D E R

**AND NOW**, on this 8th day of September, 2025, upon consideration of Plaintiff Peter Nyamu's ("Plaintiff") Motion for Summary Judgment (ECF No. 28) on Count I (retaliation) of his Amended Complaint and Defendant Merck Sharp & Dohme LLC's ("Defendant") Motion for Summary for Summary Judgment (ECF No. 31) on Count I and Count II (hostile work environment), and the subsequent briefing on the Motions (ECF Nos. 33, 35, 36), it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**. All counts against Defendant are **DISMISSED, WITH PREJUDICE**.

BY THE COURT:

/s/ Kelley B. Hodge
_____
     HODGE, KELLEY B., J.